IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Respondent,

v.                                       CRIMINAL ACTION NO. 3:06-00014-01
                                             (CIVIL ACTION NO. 3:07-0134)

REBECCA L. COLLINS,

        Movant.

**ORDER**

        This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Movant's motion for sentence modification be denied, such denial to be without prejudice insofar as it relates to her request for an order relating to the Residential Drug Abuse Program. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

        Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Movant's motion for sentence modification, such denial to be without prejudice insofar as it relates to her request for an order relating to the Residential Drug Abuse Program, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

ENTER: July 18, 2007

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE